

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Brian Rhashun Wilson,<br>DEFENDANT(S). | CASE NUMBER<br>SA CR 02-204<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __July 28, 2015__, at __12:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__. absent further order of the court.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __7/22/15__                    _____
                                      U.S. District Judge/Magistrate Judge