FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    v.      )<br>            )<br>Brian Rhashun Wilson, )<br>            )<br>        Defendant. )<br>_____ ) | Case No. SA CR 02-204<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _____
   _____
   _____
   _____
   _____

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____
   _____
   _____
   _____
   _____

IT IS ORDERED that defendant be detained.

DATED: 7/28/15

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge